UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANKIE MANUEL MIRANDA,<br><br>  Defendant-Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Plaintiff-Respondent. | Case No. CV18-1241-RSL<br>(CR16-0186-RSL)<br><br>ORDER GRANTING<br>MOTION TO SEAL |

This matter comes before the Court on the United States' "Motion to Seal Exhibit D to Government's Answer Opposing Motion Filed Under 28 U.S.C. § 2255." Dkt. #6.

As the document contains graphic images, it is hereby ORDERED that Exhibit D to the Government's Answer, Dkt. #7, shall remain sealed.

DATED this 1st day of November, 2018.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO FILE UNDER SEAL - 1