The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANKIE MANUEL MIRANDA,<br><br>  Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | NO. CV18-1241-RSL<br>     (CR16-186-RSL)<br><br>[~~PROPOSED~~] ORDER DISMISSING MOTION PURSUANT TO 28 U.S.C. § 2255 |

This matter came before the Court on the parties' Stipulated Motion to Dismiss Motion Pursuant to 28 U.S.C. § 2255, and the Court having considered Mr. Miranda's signed "Voluntary Withdrawal of Motion Pursuant to 28 U.S.C. § 2255 and Waiver of Right to Appeal," it is hereby

ORDERED that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Dkt. #1) is hereby dismissed.

DATED this ___20th___ day of May, 2019.

_____
Robert S. Lasnik
United States District Judge

///
///

*Miranda v. United States / CV18-1241-RSL (CR16-186-RSL)*
*ORDER DISMISSING MOTION PURSUANT TO USC § 2255 – 1*

Allen, Hansen, Maybrown
& Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681

1  Presented by:

2  /s/ Cooper Offenbecher
3  Cooper Offenbecher
   Attorney for Frankie Manuel Miranda
4

5  /s/ Stephen Hobbs
   Stephen Hobbs
6  Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*Miranda v. United States / CV18-1241-RSL (CR16-186-RSL)*
*ORDER DISMISSING MOTION PURSUANT TO USC § 2255 – 2*

Allen, Hansen, Maybrown
& Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681